PERKINS ASBILL
A Professional Law Corporation
Robin K. Perkins (SBN 131252)
Natalia D. Asbill (SBN 291960)
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   (916) 446-2000
Facsimile:   (916) 447-6400
Email: rperkins@perkins-lawoffice.com
       nasbill@perkins-lawoffice.com

Attorneys for Plaintiff
MADISON HOLSINGER

JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
CASEY M. CURRAN (SBN 305210)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email: Carolyn.Burnette@jacksonlewis.com
       Casey.Curran@jacksonlewis.com

Attorneys for Defendant
SYNAGRO-WWT, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MADISON HOLSINGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SYNAGRO-WWT, INC., a Maryland Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO. 2:19-CV-01817-WBS-DB**<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND PRETRIAL DEADLINES AND ORDER**<br><br>Complaint Filed:   07-26-2019<br>Removed:            09-11-2019<br>Trial Date:         05-18-2021 |

Pursuant to the Court's January 15, 2020 Status (Pretrial Scheduling) Order and Local Rule 143, MADISON HOLSINGER ("Plaintiff") and SYNAGRO-WWT, INC. ("Defendant") (collectively, "the Parties") enter the following stipulation through their respective counsel, and request that the Court continue trial of this matter and the pretrial deadlines ("Dates")

1

1  GOOD CAUSE exists to continue the Dates as follows:

2  1. WHEREAS, Plaintiff was formerly employed by Defendant. Her claims include disability discrimination, gender discrimination, retaliation, interference with FMLA/CFRA, retaliation in violation of CFRA, failure to prevent retaliation, failure to provide a reasonable accommodation, failure to engage in the interactive process and wrongful termination.

2. WHEREAS, Defendant has employed workers throughout the United States during and at the onset of the COVID-19 pandemic. Defendant specializes in biosolids management, a highly regulated industry.

3. WHEREAS, The Parties have encountered unanticipated delays in completing discovery as a consequence of COVID-19 related difficulties and distractions. Of particular concern has been stay-in orders and various other public safety interferences with the ability of counsel to retain experts and gather/transfer relevant information such that necessary experts can adequately formulate opinions and prepare reports by the pending deadline of August 31, 2020. Due to the extraordinary costs associated with such experts, and to avoid prematurely incurring them, the Parties expected that this activity would take place in the late spring/summer of 2020. The COVID-19 pandemic randomly coincided with this timing and derailed progress. The distractions of COVID-19 also disrupted other discovery, including the ability to take key depositions.

4. WHEREAS, in light of this unexpected disruption, and having made initial disclosures and considered the information exchanged, the Parties have determined that a meaningful mediation is feasible and could lead to a prompt, efficient resolution of this matter. The Parties have therefore agreed to mediate with Vivien Williamson on October 7, 2020, a reputable employment law neutral. Ms. Williamson and other mediators of her stature are very difficult to schedule. Her only availability before October 2020 was September 23, 2020. Defendant's counsel was conflicted on that date.

///

///

2

JOINT STIPULATION AND REQUEST
TO CONTINUE TRIAL AND PRETRIAL                    *Madison Holsinger v. Synagro-WWT, Inc.*
DEADLINES AND ORDER                                CASE NO. 2:19-CV-01817-WBS-DB

5. WHEREAS, the parties will require additional discovery to adequately prepare for dispositive motions and/or trial if the case does not settle, including completing written discovery, taking key depositions, and engaging experts to prepare reports.

6. WHEREAS, the Parties: (a) wish to avoid incurring the costs of outstanding discovery (including designating experts and preparing expert reports) pending the October 6, 2020 mediation, as these costs may not be necessary; and (2) need additional time to retain experts, make expert disclosures and conduct meaningful expert discovery in any event.

The Parties therefore stipulate to the following new pre-trial deadlines and trial date, and request the Court modify its Scheduling Order as follows:

| Category | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure | August 31, 2020 | February 26, 2021 |
| Rebuttal Experts | September 30, 2020 | March 30, 2021 |
| Discovery Cut Off | October 30, 2020 | April 30, 2021 |
| Motion Cut Off | December 14, 2020 | June 14, 2021 |
| Final Pretrial Conference | March 15, 2021 | September 27, 2021 |
| Trial | May 18, 2021 | November 16, 2021 |

The Parties have not made any prior requests for extensions of time to change the case Scheduling Order (Dkt. No. 7) or to extend time for completion of alternative dispute resolution.

Dated: July 16, 2020          PERKINS ASBILL

                              By: /s/ Robin K. Perkins (as authorized on 07/16/2020)
                                  Robin K. Perkins
                                  Natalia D. Asbill

                              Attorneys for Plaintiff
                              MADISON HOLSINGER

Dated: July 16, 2020          JACKSON LEWIS P.C.

                              By:   /s/ Carolyn G. Burnette
                                    CAROLYN G. BURNETTE
                                    CASEY M. CURRAN

                              Attorneys for Defendant
                              SYNAGRO-WWT, INC.

3

JOINT STIPULATION AND REQUEST
TO CONTINUE TRIAL AND PRETRIAL                    *Madison Holsinger v. Synagro-WWT, Inc.*
DEADLINES AND ORDER                               CASE NO. 2:19-CV-01817-WBS-DB

# **ORDER**

Based on the foregoing Stipulation and GOOD CAUSE appearing, the Court orders that the scheduling order is modified as follows:

| Category | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | August 31, 2020 | March 3, 2021 |
| Rebuttal Experts | September 30, 2020 | March 30, 2021 |
| Discovery Cut Off | October 30, 2020 | April 30, 2021 |
| Motion Cut Off | December 14, 2020 | June 14, 2021 |
| Final Pretrial Conference | March 15, 2021 | September 27, 2021, 1:30 pm |
| Trial | May 18, 2021 | November 16, 2021, 9:00 am |

IT IS SO ORDERED.

Dated: July 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION AND REQUEST
TO CONTINUE TRIAL AND PRETRIAL                *Madison Holsinger v. Synagro-WWT, Inc.*
DEADLINES AND ORDER                           CASE NO. 2:19-CV-01817-WBS-DB