Robin K. Perkins, SBN 131252
Natalia D. Asbill, SBN 281860
PERKINS ASBILL, a Professional Law Corporation
300 Capitol Mall, Suite 1800
Sacramento, California 95814
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
Email: robin@perkinsasbill.com
        natalia@perkinsasbill.com

Attorneys for Plaintiff,
MADISON HOLSINGER


Carolyn S. Burnette (SBN 191294)
Casey M. Curran (SBN 305210)
JACKSON LEWIS P.C
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
 Facsimile: (916) 341-0141
Email:Carolyn.Burnette@jacksonlewis.com
Casey.Curran@jacksonlewis.com

Attorneys for Defendant,
SYNAGRO-WWT, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON HOLSINGER, | **Case No. 2:19-CV-01817-WBS-DB** |
| Plaintiff, | **JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| SYNAGRO-WWT, INC., a Maryland Corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

1

1  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil

2  Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed

3  by them, to the Dismissal with Prejudice of this action, including all claims stated herein against

4  all parties, with each party to bear its own attorney's fees and costs.

5

6  Dated:  October 28, 2020                         PERKINS ASBILL

7

8                                                   By: /s/ Robin K. Perkins
                                                      Robin K. Perkins
9                                                     Natalia D. Asbill

10                                                  Attorneys for Plaintiff
                                                    MADISON HOLSINGER
11

12  Dated:  October 28, 2020                        JACKSON LEWIS P.C.

13

14                                                  By: /s/ Carolyn S. Burnette
                                                      Carolyn S. Burnette
15                                                    Casey M. Curran

16                                                  Attorneys for Defendant
                                                    SYNAGRO-WWT, INC.
17

18

19

20  ORDER  The stipulation is approved. The entire action, including all claims and

21  counterclaims stated herein against all parties, is hereby dismissed with prejudice.

22  Dated:  October 30, 2020

23  _____
    WILLIAM B. SHUBB
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

2